No. 77–326. UNITED STATES *v.* FERRO. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–970. SONSTEGARD *v.* CITY OF KETTERING. Ct. App. Ohio, Montgomery County. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–1058. HELGEMOE, WARDEN, ET AL. *v.* MELOON. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN would grant the petition and reverse summarily notwithstanding the new statute, N. H. Rev. Stat. Ann., ch. 632–A (Supp. 1977).

No. 77–1407. KITSIS *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 77–6400. WIGGINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.

No. 77–6470. SMITH *v.* HOPPER, WARDEN. Sup. Ct. Ga. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.